# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DENNIS CRAIG JOHNSON,

    Plaintiff(s),

v.

ROBERT WILKIE, et al.,

    Defendant(s).

Case No.: 2:20-cv-01640-KJD-NJK

**ORDER**

This is a FOIA action in which Plaintiff has paid the filing fee. A notice was sent from the Clerk's Office to Plaintiff with certain statements as to the procedures for the case. The Court hereby **CLARIFIES** as follows. First, the Court will not be screening the complaint. Plaintiff has paid the filing fee and the statute identified in the notice does not appear to apply in this case. Second, there will not be a further order from the Court instructing that it is time to effectuate service. Instead, Plaintiff is given 90 days from the issuance of this order to effectuate service. *See* Fed. R. Civ. P. 4(m). To the extent aspects of the Clerk's notice is inconsistent with this order, the notice is **VACATED** and this order controls moving forward.

IT IS SO ORDERED.

Dated: October 26, 2020

                                          Nancy J. Koppe
                                          United States Magistrate Judge